1  Kerry Margason, SBN 294590
   MARGASON LAW OFFICE
2  3870 Ardilla Road
   Atascadero, CA 93422
3  Telephone: 805-441-4545
   margasonlaw@gmail.com
4  Attorney for Plaintiffs

5  Bruce D. Praet, SBN 119430
   G. Craig Smith, SMB 265676
6  A Professional Corporation
   1631 East 18th Street
7  Santa Ana, California  92705-7101
   Telephone:  (714) 953-5300
8  Facsimile:  (714) 953-1143
   BPraet@aol.com
9  csmith@law4cops.com
   Attorneys for Defendants
10

11                    **UNITED STATES DISTRICT COURT**
12
                      EASTERN DISTRICT OF CALIFORNIA
13

14  RICHARD DEAN JOHNSON, et al.,      Case No. 1:16-cv-01636-AWI-SAB

15          Plaintiffs,
                                       JOINT STIPULATION AND ORDER
16      v.                             GRANTING LEAVE TO FILE FIRST
                                       AMENDED COMPLAINT
17  CITY OF ATWATER, et al.,

18          Defendants.

19
         TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS
20
    OF RECORD:
21
         Plaintiffs RICHARD and LORI JOHNSON ("PLAINTIFFS") and Defendants CITY OF
22
    ATWATER, FRANK PEITRO, TYNA LAMISON, SAMUEL JOSEPH, JOHN SMOTHERS,
23
    DAVID WALKER, DON WISDOM, ROBERT VARGAS, DAYTON SNYDER, KEN LEE,
24
    FABIAN VELASQUEZ, and ADOLFO MORALES (collectively "Defendants"), (collectively
25
    the "Parties") by and through their respective counsel of record, hereby submit this JOINT
26
    STIPULATION and request that the Court grant Plaintiffs leave to file a First Amended
27
    Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.
28

1. Plaintiffs filed their complaint on September 20, 2016 in Merced County Superior Court.

2. On October 28, 2016, Defendants City of Atwater, Frank Pietro, Tyna Lamison, Samuel Joseph, David Walker, Don Wisdom, Robert Vargas, Dayton Snyder, Ken Lee, Fabian Velasquez, and Adolfo Morales removed Plaintiffs' complaint to the Eastern District of California.

3. On November 20, 2016, removing Defendants filed and served their answer to Plaintiffs' complaint.

4. On January 25, 2017, Defendant Smothers filed and served his answer to Plaintiffs' complaint.

**NOW, THEREFORE**, the Parties hereby stipulate and request that the Court grant Plaintiffs' leave to file the First Amended Complaint (FAC) that was submitted to the Court on February 28, 2017, in this action. The parties further stipulate that the service date of the FAC for purposes of establishing the due date for filing a responsive pleading will be the date the Court issues an order allowing Plaintiff leave to file the FAC.

**IT IS SO STIPULATED**.

Dated:  March 3, 2017            By:    /S/ Kerry Margason
                                        Kerry Margason
                                        Attorney for Plaintiff


Dated:  March 3, 2017            By:    /S/ G. Craig Smith
                                        G. Craig Smith
                                        Attorney for Defendants

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiffs' are granted leave to file the First Amended Complaint, which was filed with the Court on February 28, 2017. Service of the FAC on the defendants will be deemed to be the date this order is signed. Defendants hereby have fourteen (14) days to file a responsive pleading to FAC.

IT IS SO ORDERED.

Dated:   **March 3, 2017**

UNITED STATES MAGISTRATE JUDGE