# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al., | Case No. 1:16-cv-01636-AWI-SAB |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (ECF Nos. 13, 15) |
| CITY OF ATWATER, et al., | |
| Defendants. | |

Plaintiffs filed a first amended complaint on February 28, 2017. On March 1, 2017, an order issued requiring Plaintiffs to show cause why the first amended complaint should not be stricken from the record. On March 3, 2017, the parties filed a stipulation to allow Plaintiffs to file a first amended complaint; and Plaintiffs filed a response to the order to show cause.

Based upon the stipulation of the parties, the order to show cause, filed March 1, 2017, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **March 6, 2017**

UNITED STATES MAGISTRATE JUDGE

1