# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATWATER, et al., <br><br> Defendants. | Case No.  1:16-cv-01636-AWI-SAB <br><br> ORDER REFERRING PENDING MOTION TO DISMISS TO MAGISTRATE JUDGE STANLEY A. BOONE <br><br> (Doc No. 19) |

On February 28, 2017, Plaintiff filed a first amended complaint.  (Doc. No. 12.)  On March 17, 2017, Defendants City of Atwater, Frank Pietro, Tyna Lamison, Samuel Joseph, John Smothers, David Walker, Dom Wisdom, Robert Vargas, Dayton Snyder, Ken Lee, Fabian Velasquez, and Adolfo Morales filed a motion to dismiss.  (Doc No. 19.)  The Court finds that the motion should be referred to Magistrate Judge Stanley A. Boone for entry of Findings and Recommendations pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72.

Accordingly, IT IS HEREBY ORDERED that:

1. The pending motion to dismiss is REFERRED to Magistrate Judge Stanley A. Boone;
2. The hearing set for April 17, 2017, at 1:30 p.m. in Courtroom 2 (AWI) before District Judge Anthony W. Ishii is VACATED; and
3. The parties are informed that Magistrate Judge Stanley A. Boone's Chambers will set a new hearing date at the Court's convenience.

IT IS SO ORDERED.

Dated:   March 21, 2017

SENIOR  DISTRICT  JUDGE