# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al., | Case No. 1:16-cv-01636-AWI-SAB |
| Plaintiffs, | ORDER VACATING APRIL 19, 2017 HEARING |
| v. | |
| CITY OF ATWATER, et al., | |
| Defendants. | |

On March 17, 2017, Defendants filed a motion to dismiss that is set for hearing on April 19, 2017 at 10:00 a.m. The Court, having reviewed the record, finds this matter suitable for decision without oral argument. See Local Rule 230(g). Accordingly, the matter is taken under submission. The previously scheduled hearing set on April 19, 2017, at 10:00 a.m. is vacated and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated: **April 18, 2017**

UNITED STATES MAGISTRATE JUDGE