# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF ATWATER, et al., <br><br> Defendants. | Case No. 1:16-cv-01636-AWI-SAB <br><br> ORDER RE STIPULATION TO AMEND SCHEDULING ORDER <br><br> (ECF No. 35) |

On January 13, 2017, the Court issued a scheduling order in this action. (ECF No. 9.) On November 3, 2017, the parties filed a stipulation to extend the dispositive motion deadline and date for the pretrial conference. (ECF No. 35.)

Accordingly, IT IS HEREBY ORDERED that:

1. The deadline to file dispositive motions is amended to November 29, 2017;
2. The date for the pretrial conference is amended to February 8, 2018, at 1:30 p.m. in Courtroom 2 before United States Senior District Judge Anthony W. Ishii; and
3. All other aspects of the January 13, 2017 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: **November 6, 2017**

UNITED STATES MAGISTRATE JUDGE

1