# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ATWATER, et al.,<br><br>Defendants. | Case No. 1:16-cv-01636-AWI-SAB<br><br>ORDER RE REQUEST FOR SETTLEMENT CONFERENCE AND STIPULATION FOR CONTINUANCE OF TRIAL AND TRIAL RELATED DATES<br><br>(ECF Nos. 49, 51) |

On February 9, 2018, the pretrial order issued setting the trial and trial related dates. (ECF No. 48.) On February 14, 2018, the parties filed a request for a settlement conference. (ECF No. 49.) On February 15, 2018, a stipulation for a continuance of the trial and trial related dates was filed. (ECF No. 50.) An amended stipulation for a continuance of the trial and trial related dates was filed on February 16, 2018. (ECF No. 51.)

On February 16, 2018, the Court conducted an informal telephonic conference to address the parties' request for a settlement conference. Counsel Kerry Margason appeared telephonically for Plaintiffs. Counsel Shaun Abuzalaf appeared telephonically for Defendants. During the informal conference the parties addressed a new trial date. In order to allow the parties to pursue settlement and to conserve the parties resources, the trial date shall be vacated with a new date to be set, if necessary, following the settlement conference.

///

1

Based on the foregoing, IT IS HEREBY ORDERED that:

1. In order to allow more time for the parties to address settlement, the current trial date of March 20, 2018, as well as all associated pre-trial dates described in the pre-trial order (Feb 20, Feb 28, Mar 5, Mar 8, Mar 14 and Mar 15, <u>see</u> ECF. No. 48) are VACATED.;

2. A settlement conference is scheduled before United States Magistrate Judge Barbara A. McAuliffe on Tuesday, March 27, 2018, at 9:00 a.m. in Courtroom 8 (BAM). The parties shall submit confidential settlement statements directly to Judge McAuliffe's chambers by e-mail to BAMOrders@caed.uscourts.gov at least one (1) week prior to the settlement conference. The parties shall conform their settlement conference statements and attendance at the settlement conference consistent with the Court's January 13, 2017 scheduling order (ECF No. 9); and

3. A status conference is set before District Judge Anthony W. Ishii on April 16, 2018, at 1:30 p.m. in Courtroom 2 (AWI). This conference may be held telephonically at the option of the parties.

IT IS SO ORDERED.

Dated: **February 16, 2018**

UNITED STATES MAGISTRATE JUDGE