# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DEAN JOHNSON, and LORI JOHNSON<br><br>**Plaintiffs**<br><br>v.<br><br>DAVID WALKER; and FABIAN VELASQUEZ,<br>Each in his official and individual capacities;<br><br>**Defendants** | CASE NO. 1:16-CV-1636 AWI SAB<br><br>**ORDER REFERRING MOTION TO ENFORCE SETTLEMENT AGREEMENT TO MAGISTRATE, VACATING HEARING DATES, AND SETTING STATUS CONFERENCE** |

On May 14, 2018, the Court held a status conference with the parties, at which Plaintiffs stated their intent to file a motion to enforce a previous settlement agreement negotiated under Magistrate Judge McAuliffe. *See* Doc. No. 55. The Court thereafter set a motion schedule and hearing date for this matter. See Doc. No. 65.

Upon further consideration, the Court will refer the matter (the motion to enforce) to Magistrate McAuliffe, to be decided on findings and recommendations, and will vacate the motion schedule and hearing dates listed in the May 14, 2018 minute order. The Court will convert the previously scheduled hearing for this matter into a status conference, to be held on July 30, 2018 at 1:30 in Courtroom 2 (AWI). This conference may be held telephonically at the option of the parties.

IT IS SO ORDERED.

Dated: May 17, 2018

_____
SENIOR DISTRICT JUDGE