**FILED**

**JUDGMENT ENTERED**

_____
                    **Date**
by _____A. Timken_____
                 Deputy Clerk
        U.S. District Court
     Eastern District of California
__XX____ FILE CLOSED

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF CALIFORNIA*

RICHARD DEAN JOHNSON, et al.,

    Plaintiffs,

vs.

FABIAN VELAZQUEZ,

    Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:16-CV-01636 AWI SAB

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that

  *JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANT FABIAN VELAZQUEZ, IN ACCORDANCE WITH THE JURY VERDICT RENDERED 1/30/2019.*

DATED: 1/31/2019

                                MARIANNE MATHERLY, Clerk

                                /S/ Alice Timken
                        By:
                                Deputy Clerk

jgm.civ
2/1/95